UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| WARREN LEMONS,<br><br>　　　　　　　　　　　Petitioner,<br><br>　　　　v.<br><br>UNKNOWN,<br><br>　　　　　　　　　　　Respondent. | Civil No.　10cv0807-BEN (CAB)<br><br>**ORDER DISMISSING CASE<br>WITHOUT PREJUDICE** |
|---|---|

On April 14, 2010, Petitioner, a state prisoner proceeding pro se, filed a Petition for a Writ of Habeas Corpus pursuant to 28 U.S.C. § 2254, accompanied by a motion to proceed in forma pauperis. On April 29, 2010, the Court granted Petitioner's motion to proceed in forma pauperis, but dismissed the Petition because Petitioner had failed to name a Respondent and failed to state a claim cognizable on federal habeas. Petitioner was instructed that if he wished to proceed with this case, he was required to file a First Amended Petition on or before June 28, 2010, which named a proper Respondent and stated a cognizable claim.

On May 10, 2010, Petitioner filed a First Amended Petition. Because Petitioner has once again failed to name a Respondent, the Court once again dismisses this action. The Court will provide Petitioner a final opportunity to amend.

### FAILURE TO NAME A RESPONDENT

Petitioner has not named a Respondent in the First Amended Petition. Petitioner was informed in this Court's previous Order of dismissal that a state prisoner filing a federal habeas

petition must name the state officer having custody of him as the respondent. <u>Ortiz-Sandoval v. Gomez</u>, 81 F.3d 891, 894 (9th Cir. 1996) (citing Rule 2(a), 28 U.S.C. foll. § 2254). This requirement exists because a writ of habeas corpus acts upon the custodian of the state prisoner, the person who will produce "the body" if directed to do so by the Court. "Both the warden of a California prison and the Director of Corrections for California have the power to produce the prisoner." <u>Ortiz-Sandoval</u>, 81 F.3d at 895. Thus, in order for this Court to entertain the Petition filed in this action, Petitioner must name the warden in charge of the state correctional facility in which Petitioner is presently confined or the Director of the California Department of Corrections and Rehabilitation. <u>Brittingham v. United States</u>, 982 F.2d 378, 379 (9th Cir. 1992) (per curiam).

Petitioner has once again failed to name a Respondent, and this action is subject to dismissal on that basis for the reasons set forth in the Court's previous Order of dismissal.

### CONCLUSION

This action is **DISMISSED** without prejudice because Petitioner has failed to name a Respondent. If Petitioner wishes to proceed with this action he must submit, **no later than June 28, 2010,** a Second Amended Petition which cures the pleading defects identified in this Order and in the Court's previous Order of dismissal. The Clerk of Court shall send a blank Southern District of California amended petition form to Petitioner along with a copy of this Order.

IT IS SO ORDERED.

DATED: 5/27/2010

Hon. Roger T. Benitez
United States District Judge

CC: ALL PARTIES