# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WALTER CLAUDIUS LEMONS,<br><br>Plaintiff,<br><br>v.<br><br>A. HEDGPETH, Warden,<br><br>Respondent. | Case No.   3:10-cv-00807-AJB-CAB<br><br>**ORDER: (1) ADOPTING REPORT AND RECOMMENDATION AND (2) DENYING PETITION FOR WRIT OF HABEAS CORPUS**<br><br>**[Doc. 13]** |

Presently before the Court is Magistrate Judge Cathy Ann Bencivengo's Report and Recommendation (Doc. 13) advising the Court to deny the Petition for Writ of Habeas Corpus.

Federal Rule of Civil Procedure 72(b) and 28 U.S.C. § 636(b)(1) set forth a district judge's duties in connection with a magistrate judge's report and recommendation. The district judge must "make a *de novo* determination of those portions of the report to which objection is made," and "may accept, reject, or modify, in whole or in part, the finding or recommendations made by the magistrate judge." 28 U.S.C. § 636(b)(1); *see also United States v. Remsing*, 874 F.2d 614, 617 (9th Cir. 1989). However, in the absence of timely objection, the Court "need only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation." Fed. R. Civ. P. 72(b), Advisory Committee Notes (1983); *see also United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003).

1        Objections were originally due September 30, 2011, but the Court granted an extention until
2 November 11, 2011. However, neither party has filed objections to Magistrate Judge Bencivengo's
3 report and recommendation. Having reviewed the report and recommendation, the Court finds that it
4 is thorough, well reasoned, and contains no clear error. Accordingly, the Court hereby: (1)
5 **ADOPTS** Magistrate Judge Bencivengo's report and recommendation and (2) **DENIES** the Petition
6 for Writ of Habeas Corpus. The action is **DISMISSED WITH PREJUDICE**.

8        IT IS SO ORDERED.

10 DATED: February 14, 2012

                                                        Hon. Anthony J. Battaglia
                                                        U.S. District Judge